JACK OSWALD (OSB #871330)
VIRGINIA G. MITCHELL (OSB #850681)
OSWALD & MITCHELL
12100 S.W. Allen Boulevard
Beaverton, Oregon 97005
oswaldmitchell@aol.com
T: (503) 626-7917 F: (503) 671-9398

Attorneys for Plaintiff
HUYNH HUONG

JAMES M. BAKER (OSB# 915144)
LAW OFFICE OF JOHN G. HUMPHREY
6329 N.E. Sandy Blvd.
Portland, Oregon 97213
pdxstryder@comcast.net
O: (503) 287-8805 F: (503) 287-8733

Attorney for Defendants
PARIS NAILS AND TAN LLC, and
LONG NGUYEN

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HUYNH HUONG, | CASE NO. 3:13-cv-00487-BR |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| v. | |
| PARIS NAILS AND TAN LLC, an Oregon Limited Liability Corporation, and LONG NGUYEN, | |
| Defendants. | |

Plaintiff and Defendants, by and through their respective counsel, stipulate to the

dismissal of the within cause with prejudice. Each of the parties hereto is to bear its own costs and attorneys' fees.

DATED: July 30, 2013.                OSWALD & MITCHELL

/s/ Jack Oswald
Jack Oswald (OSB #871330)
Attorneys for Plaintiff
HUYNH HUONG

DATED: July 30, 2013.                LAW OFFICE OF JOHN G. HUMPHREY

/s/ James M. Baker
James M. Baker (OSB# 915144)
Attorneys for Defendants
PARIS NAILS AND TAN LLC and LONG NGUYEN

## ORDER OF DISMISSAL

In accordance with the above stipulation, IT IS ORDERED that above-referenced case, including all claims and all parties are DISMISSED with prejudice.

IT IS FURTHER ORDERED that each of the parties hereto is to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: Sep. 25, 2013

Hon. Anna J. Brown
United States District Judge

PAGE 2 – STIPULATION AND ORDER OF DISMISSAL